NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LUIS ALVAREZ,                              )
                                           )
         Appellant,                        )
                                           )
v.                                         )     Case No. 2D18-1670
                                           )
MARK DAVID HAWKINS, and                    )
GEORGE STUART QUAY, IV,                    )
                                           )
         Appellee.                         )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Luis Alvarez, pro se.

Ezequiel Lugo of Banker Lopez Gassler
P.A., Tampa, for Appellee Mark David
Hawkins.

No appearance for remaining Appellee.

PER CURIAM.

         Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.